Nos. 25-5185, 25-5189

———————————————————

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

———————————————————

ARIZONA MINING REFORM COALITION, et al.,
*Plaintiffs–Appellants,*

v.

UNITED STATES FOREST SERVICE, et al.,
*Defendants–Appellees.*

———————————————————

SAN CARLOS APACHE TRIBE, et al.,
*Plaintiffs–Appellants,*

v.

UNITED STATES FOREST SERVICE, et al.,
*Defendants–Appellees.*

———————————————————

Appeal from the United States District Court for the District of Arizona
Nos. 2:21-cv-68, 2:21-cv-122 (Hon. Dominic W. Lanza)

———————————————————

**APPELLEES' UNOPPOSED MOTION TO FOR LEAVE TO FILE AN
OVERLENGTH OPPOSITION TO PLAINTIFFS' EMERGENCY
MOTIONS FOR INJUNCTIONS PENDING APPEAL**

———————————————————

Federal Respondents–Appellees respectfully request an expansion

of their word limit for their combined response to two full-length

emergency motions for injunctions pending appeal. In order to ensure

that the Federal Respondents can adequately address the many, often

1

nonoverlapping, issues presented in the opening briefs, Respondents request a 2,500-word extension for a total word count of 8,100 words.

1.      On August 16, 2025, two separate Plaintiff groups filed two separate emergency motions for injunctions pending appeal, raising different issues. Plaintiff AMRC's motion for an injunction pending appeal is 1,000 words overlength at 6,600 words.

2.      For the convenience of the Court and the parties, Federal Defendants seek to file one consolidated response to both of these motions.

3.      The undersigned attorney has primary responsibility for preparing the Federal Defendants' opposition to the emergency motion. In light of the nature of this case, the complexity and number of the legal issues presented, despite my exercise of diligence, I will not be able to comply with the page limitations set forth in Fed. R. App. P. 27(d)(2).

4.      I have contacted Plaintiffs' counsel for both Plaintiff groups. Neither Plaintiff group opposes this request. I have also contacted counsel for the Intervenor, who indicates that Intervenor does not oppose the request.

## CONCLUSION

For these reasons, this Court should grant Federal Defendants'

unopposed motion to exceed the word limit by 2,500 words and should

set the word limit for Defendants' single response at 8,100 words.

Respectfully submitted,

/s/ *Ezekiel A. Peterson*
ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

EZEKIEL A. PETERSON
*Attorney*
Environment & Natural Resources Div.
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-6399
ezekiel.a.peterson@usdoj.gov

August 17, 2025
90-1-4-16263
90-2-4-16252

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 241 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook font.

/s/ *Ezekiel A. Peterson*
EZEKIEL A. PETERSON

Counsel for Federal Respondents

4