

| | |
|---|---|
| Perkins Coie LLP | T. +1.602.351.8000 |
| 2525 East Camelback Road | F. +1.602.648.7000 |
| Suite 500 | perkinscoie.com |
| Phoenix, AZ 85016 | |

August 17, 2025

Michael R. Huston
MHuston@perkinscoie.com
D. +1.202.434.1630
F. +1.602.648.7000

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the 9th Circuit
**VIA ACMS**

**Re:** **Errata concerning *Arizona Mining Reform Coalition* v. *United States Forest Service*, No. 25-5185; and *San Carlos Apache Tribe* v. *United States Forest Service*, No. 25-5189**

Dear Ms. Dwyer:

I am counsel for Resolution Copper Mining LLC, the intervenor-defendant-appellee in the above-captioned appeals. Earlier this evening (Sunday, August 17), I filed Resolution's oppositions to both sets of Appellants' emergency motions for an injunction pending appeal. On the second page of those oppositions, I incorrectly stated that the final environmental impact statement (FEIS) at issue in these cases exceeds "6,000 pages." The FEIS instead exceeds 2,500 pages.

I apologize for the error, which is attributable to me and was unintentional. I would appreciate it if you would distribute this letter to the panel.

Respectfully,

Michael R. Huston

cc: Counsel for all Parties (via ACMS)