# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 25-5185, 25-5189

**Case Name** | Arizona Mining Reform Coalition, et al v. Brooke Rollins, et al

Hearing Location (*city*) | San Francisco

Your Name | Roger Flynn

List the sitting dates for the two sitting months you were asked to review:

December, 2025: 1-5, 8-12
January, 2026: 5-9

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I have been lead counsel for Plaintiffs-Appellants, Arizona Mining Reform Coalition, since the case was filed in 2021, and would present oral argument.
I am available December 1, 2025, but not the rest of December, as my son is getting married in Europe and we have a long-planned family gathering in Europe during that time.
I am available on the January 5-9, 2026 days.
I have contacted all counsel and have been unable to reach an agreement, as Defendants-Appellees prefer the December days.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Roger Flynn     **Date** | 9-11-25

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**     *New 12/01/2018*