FILED

SEP 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARIZONA MINING REFORM COALITION; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br> Intervenor-Defendant - Appellee. | No. 25-5185 <br><br> D.C. No. 2:21-cv-00122-DWL <br> District of Arizona, Phoenix <br><br> ORDER |
| SAN CARLOS APACHE TRIBE, a federally recognized Tribe, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br> Intervenor-Defendant - | No. 25-5189 <br><br> D.C. No. 2:21-cv-00068-DWL <br> District of Arizona, Phoenix |

| | |
|---|---|
| Appellee. | |
| GOUYEN BROWN LOPEZ; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>        Defendants - Appellees,<br><br>RESOLUTION COPPER MINING, LLC,<br><br>        Intervenor-Defendant - Appellee. | No. 25-5197<br><br>D.C. No.<br>2:25-cv-02758-DWL<br>District of Arizona, Phoenix<br><br>ORDER |

The motion to consolidate (Docket Entry No. 30 in No. 25-5185; Docket Entry No. 19 in No. 25-5197) is granted. Appeal Nos. 25-5185, 25-5189, and 25-5197 are consolidated.

The consolidated answering briefs are due September 29, 2025. The optional reply briefs are due October 14, 2025. The allocation of oral argument time will be determined by the panel that considers the merits of these appeals.

The motion (Docket Entry No. 44 in No. 25-5185; Docket Entry No. 42 in No. 25-5189) for leave to file an amicus curiae brief is referred to the panel that considers the merits of this appeal.

Within 7 days, prospective amicus must file 6 paper copies of the brief. Each copy must have a green cover and must include at the end a certification that the

brief is identical to the electronic version. A Form 18 certificate is available at

http://www.ca9.uscourts.gov/forms/.

The paper copies must be submitted to the courthouse in San Francisco.

                                          FOR THE COURT:

                                          MOLLY C. DWYER
                                          CLERK OF COURT