*CALENDERED FOR ORAL ARGUMENT, JANUARY 7, 2026*

**Nos. 25-5185 (lead case), 25-5189, 25-5197**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

ARIZONA MINING REFORM COALITION; INTER TRIBAL ASSOCIATION OF ARIZONA, INC.; CENTER FOR BIOLOGICAL DIVERSITY; EARTHWORKS; THE ACCESS FUND; and SIERRA CLUB.
*Plaintiffs-Appellants*,

v.

BROOKE L. ROLLINS, U.S. SECRETARY OF AGRICULTURE, *et al.*
*Defendants-Appellees*,
and
RESOLUTION COPPER MINING, LLC
*Intervenor-Defendant-Appellee.*

Appeal from the United States District Court for the District of Arizona
Honorable Dominic W. Lanza (No. 2:21-cv-00122-DWL)

**JOINT *UNOPPOSED* MOTION TO EXPAND ORAL ARGUMENT TIME**

WESTERN MINING ACTION PROJECT
Roger Flynn
Jeffrey C. Parsons
P.O. Box 349; 440 Main St., #2
Lyons, Colorado 80540
303-823-5738
wmap@igc.org
*Attorney for All Plaintiffs-Appellants*

CENTER FOR BIOLOGICAL DIVERSITY
Marc D. Fink
209 East 7th Street
Duluth, Minnesota 55805
218-464-0539
mfink@biologicaldiversity.org
*Attorney for All Plaintiffs-Appellants*

CENTER FOR BIOLOGICAL DIVERSITY
Allison N. Henderson
P.O. Box 3024
Crested Butte, CO 81224
970-309-2008
ahenderson@biologicaldiversity.org
*Attorney for All Plaintiffs-Appellants*

MONTGOMERY & INTERPRETER, PLC
Susan B. Montgomery
3301 E. Thunderbird Rd.
Phoenix, AZ 85032
(480) 513-6825
smontgomery@milawaz.com
*Attorney for the Inter Tribal Association of Arizona, Inc.*

Plaintiffs-Appellants Arizona Mining Reform Coalition, et al. ("AMRC"), San Carlos Apache Tribe ("Tribe"), and Gouyen Brown Lopez, et al. ("Lopez"), respectfully submit this *unopposed* motion to extend the oral argument in these consolidated appeals for another 10 minutes per side. Counsel for the Government and Resolution Copper have stated that they do not oppose this motion.

This Court has scheduled oral argument for the Plaintiffs-Appellants' appeal of the district court's denial of the underlying motions for preliminary injunction for January 7, 2026, in Phoenix, Arizona. *See* Order, Dkt. 75.1. *See also* October 26, 2025, NOTICE OF ORAL ARGUMENT on Wednesday, January 7, 2026 - 09:30 A.M. - Ceremonial Ctrm Phoenix - Scheduled Location: Phoenix AZ. Oral argument is currently scheduled for 20 minutes per side.

Due to the important, complex, and separate issues at stake in this case, AMRC, Tribe, and Lopez respectfully request that oral argument be expanded from 20 to 30 minutes for each side. This case involves hundreds of pages of briefing from the parties and various amicus. AMRC, Tribe, and Lopez each raise multiple and independent claims challenging the federal Government's approval and impending execution of the land exchange for the 2,422 acres of federal land at Oak Flat to Resolution.

Previously, in responding to the Government and Resolution's motion to consolidate these appeals, and based on emails between the parties regarding that

1

motion, the Appellants requested that "consolidation will not diminish the oral argument time of each of the sets of Plaintiff-Appellants by setting the matter for an extended oral argument." Dkt. 31.1. This Court granted that unopposed motion to consolidate. Dkt. 48.1.

Currently, if oral argument time is divided equally, Appellants in each appeal will only have less than 7 minutes to argue the issues unique to their respective cases. The Government and Resolution would also have to split their allotted 20 minutes.

This case presents a situation where more time is necessary to ensure a productive oral argument. Less than 7 minutes will not allow the Appellants to present their case and respond to questions from the bench. Appellants do not intend to use their oral argument time to merely restate their briefs or waste this Court's time with duplicate arguments. Instead, this case involves extensive briefing, covering several important legal issues, that will likely raise questions from the judges on the panel.

In order to adequately address those questions and present their cases, Appellants request an expansion of the allocated oral argument time to 30 minutes each side, with AMRC, Tribe, and Lopez each having 10 minutes to present their case.

2

Finally, providing an additional ten minutes to each side should not prejudice the Court or the other cases scheduled to be heard by this Court on January 7, 2026, during the 9:30 a.m. session. The total time currently allotted for the first three cases is 80 minutes. An additional 20 minutes of argument time for these consolidated appeals would not unreasonably delay this Court's business as arguments would still conclude around 12:00 p.m. Furthermore, as this case is currently scheduled to be heard last, additional argument time would not delay or prejudice the other cases scheduled to appear that day.

Accordingly, Appellants respectfully request that this Court expand oral argument time for the three consolidated appeals, Nos. 25-5185 (lead case), 25-5189, 25-5197, to 30 minutes each side.

Respectfully submitted on November 4, 2025.

*/s/ Marc D. Fink*
Marc D. Fink
CENTER FOR BIOLOGICAL DIVERSITY
209 East 7th Street
Duluth, Minnesota 55805
218-464-0539
mfink@biologicaldiversity.org

Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349; 440 Main St., #2
Lyons, Colorado 80540
303-823-5738
wmap@igc.org

3

Allison N. Henderson
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 3024
Crested Butte, CO 81224
970-309-2008
ahenderson@biologicaldiversity.org

*Attorneys for Plaintiffs-Appellants*

/s/ Susan Montgomery
Susan B. Montgomery
MONTGOMERY & INTERPRETER, PLC
3301 E. Thunderbird Rd.
Phoenix, AZ 85032
(480) 513-6825
smontgomery@milawaz.com
rinterpreter@milawaz.com

*Attorney for the Inter Tribal Association of Arizona, Inc.*

/s/ Bernardo M. Velasco (with permission)

Alexander B. Ritchie
Justine Jimmie
Laurel Herrmann
Jana Sutton
Bernardo M. Velasco

San Carlos Apache Tribe
Office of the Attorney General
P.O. Box 40
San Carlos, Arizona 85550
(928) 475-3344
Alex.ritchie@scat-nsn.gov
Justine.jimmie@scat-nsn.gov
Laurel.herrmann@scat-nsn.gov
Jana.sutton@scat-nsn.gov
Bern.velasco@scat-nsn.gov

*Attorneys for the San Carlos Apache Tribe*

*/s/ Miles E. Coleman (with permission)*
Miles E. Coleman
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 W. Washington St., Suite 400
Greenville, SC 29601
(864) 373-2352 miles.coleman@nelsonmullins.com
Jeffrey A. Wald
NELSON MULLINS RILEY & SCARBOROUGH LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
(336) 774-3335
jeffrey.wald@nelsonmullins.com
Madeline C. Bergstrom
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Ave. NW, Suite 900
Washington, DC 20001
(202) 689-2807
madeline.bergstrom@nelsonmullins.com

*Attorneys for Lopez, et al.*

# CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Fed. R. App. P. 27(d) and Ninth Circuit Rules 27-1(1)(d) and 32-3(2) because it has 556 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

> */s/ Marc D. Fink*
> Marc D. Fink
> *Attorney for Appellants*

# CERTIFICATE OF SERVICE

I certify that on November 4, 2025, I electronically filed the foregoing, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which caused all parties through counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing.

> */s/ Marc D. Fink*
> Marc D. Fink
> *Attorney for Appellants*