

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Appellate Section*     *Telephone (202) 514-2748*
P.O. Box 7415
Washington, DC 20044

March 6, 2025

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the 9th Circuit
**Via ACMS**

**Re:**    Response to March 5, 2026 notice of supplemental authority,
*Lopez* v. *United States of America*, No. 25-5197 (consolidated with Nos. 25-5185, 25-5189), argued and submitted on January 7, 2026

Dear Ms. Dwyer,

    In their March 6, 2026 notice of supplemental authority, the *Lopez* Plaintiffs argue that the Supreme Court's recent order vacating this Court's stay in *Mirabelli v. Bonta* supports their Free Exercise claim. That is incorrect.

    In its per curiam order in *Mirabelli*, the Supreme Court explained that the plaintiffs were likely to succeed on the merits of their claims because the challenged law, which allowed for a public school to facilitate a child's gender transition without parental consent, was an even greater "intrusion on parents' free exercise rights" than "the introduction of LGBTQ storybooks [the Court] considered sufficient to trigger strict scrutiny in *Mahmoud*." *Mirabelli*, 607 U.S. ___ (2026) (slip op. at 5). But the Court in *Mirabelli* did nothing to cast doubt on *Mahmoud's* statement expressly distinguishing cases such as this one about the federal government disposing of its own land. Forest Service Ans. Br. at 76.

    As we explain in our answering brief, cases like *Mahmoud* (and, by extension, *Mirabelli*) are not applicable here because those cases implicate "direct, coercive interactions between the State and its young residents" and explicitly distinguish cases in which the government disposes of federal land. Forest Service Ans. Br. at 74–76. The Court's interim order in *Mirabelli* does nothing to change that conclusion and is thus not a "pertinent and significant" authority with respect to this case. *See* Fed. R. App. P. 28(j).

                                              Respectfully submitted,

                                              */s/ Ezekiel A. Peterson*
                                              ADAM R.F. GUSTAFSON
                                              *Principal Deputy Assistant Attorney General*

- 2 -

        ROBERT N. STANDER
        *Deputy Assistant Attorney General*
        THEKLA HANSEN-YOUNG
        *Attorney*
        Environment & Natural Resources Division
        U.S. Department of Justice
        Post Office Box 7415
        Washington, D.C. 20044
        (202) 307-2710
        robert.stander@usdoj.gov

        EZEKIEL A. PETERSON
        *Attorney*
        Environment & Natural Resources Division
        U.S. Department of Justice
        999 18th Street, North Terrace, Suite 600
        Denver, CO 80202
        (202) 598-6399
        ezekiel.a.peterson@usdoj.gov

- 3 -

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system on March 6, 2026. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

*/s/ Ezekiel A. Peterson*
Ezekiel A. Peterson