**Nos. 25-5185 (lead case) and 25-5189**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ARIZONA MINING REFORM COALITION; INTER TRIBAL ASSOCIATION
OF ARIZONA, INC.; CENTER FOR BIOLOGICAL DIVERSITY;
EARTHWORKS; THE ACCESS FUND; and SIERRA CLUB.
*Plaintiffs-Appellants*,
v.
BROOKE L. ROLLINS, U.S. SECRETARY OF AGRICULTURE, *et al.*
*Defendants-Appellees*,
and
RESOLUTION COPPER MINING, LLC
*Intervenor-Defendant-Appellee.*

Appeal from the United States District Court for the District of Arizona
Honorable Dominic W. Lanza (No. 2:21-cv-00122-DWL)

SAN CARLOS APACHE TRIBE,
*Plaintiff-Appellant,*

v.

UNITED STATES FOREST SERVICE, ET AL.,
*Defendants-Appellees,*

and

RESOLUTION COPPER MINING, LLC,
*Intervenor-Appellee*

Appeal from the United States District Court for the District of Arizona
Honorable Dominic W. Lanza (No. 2:21-cv-00068-DWL)

**JOINT MOTION TO SET DEADLINE FOR PETITIONS FOR EN BANC
OR PANEL REHEARING**

1

**WESTERN MINING ACTION PROJECT**
Roger Flynn
Jeffrey C. Parsons
P.O. Box 349; 440 Main St., #2
Lyons, Colorado 80540
303-823-5738
wmap@igc.org
*Attorney for AMRC et al.*

**CENTER FOR BIOLOGICAL DIVERSITY**
Marc D. Fink
209 East 7th Street
Duluth, Minnesota 55805
218-464-0539
mfink@biologicaldiversity.org
*Attorney for AMRC et al.*

**SAN CARLOS APACHE TRIBE DEPARTMENT OF JUSTICE**
Alexander B. Ritchie, AZ Bar No. 019579
Justine Jimmie, AZ Bar No. 019148
Laurel Herrmann, AZ Bar No. 025623
Jana Sutton, AZ Bar No. 032040
Bernardo M. Velasco, AZ Bar No. 033746
P.O. Box 40
San Carlos, Arizona 85550
Tel. (928) 475-3344
alex.ritchie@scat-nsn.gov
justine.jimmie@scat-nsn.gov
laurel.herrmann@scat-nsn.gov
jana.sutton@scat-nsn.gov
bern.velasco@scat-nsn.gov
*Attorneys for the San Carlos Apache Tribe*

**CENTER FOR BIOLOGICAL DIVERSITY**
Allison N. Henderson
P.O. Box 3024
Crested Butte, CO 81224
970-309-2008
ahenderson@biologicaldiversity.org
*Attorney for AMRC et al.*

**MONTGOMERY & INTERPRETER, PLC**
Susan B. Montgomery
3301 E. Thunderbird Rd.
Phoenix, AZ 85032
(480) 513-6825
smontgomery@milawaz.com
*Attorney for the Inter Tribal Association of Arizona, Inc.*

**THE SPARKS LAW FIRM, P.C.**
Joe P. Sparks, AZ Bar No. 002383
7503 First Street
Scottsdale, Arizona 85251
Tel. (480) 949-1339
joesparks@sparkslawaz.com
*Attorney for the San Carlos Apache Tribe*

**TITLA & PARSI, PLLC**
Steve Titla, AZ Bar No. 009325
245 S. Hill Street
P.O. Box 1143
Globe, Arizona 85502
Tel. (928) 812-7714
steve@titlaparsi.com
*Attorney for the San Carlos Apache Tribe (of counsel)*

Pursuant to Federal Rule of Appellate Procedure 27(a)(1), plaintiffs-appellants in these consolidated appeals, Arizona Mining Reform Coalition, et al. ("AMRC"), and the San Carlos Apache Tribe ("Tribe") respectfully and jointly move the Court to set the deadline for any petitions for en banc or panel rehearing in these appeals. This Court's March 13, 2026 Opinion, Dkt. 167.1 (refiled as amended on March 20, 2026), states in footnote 1 that an "amended opinion" will be filed that will include Judge Rawlinson's dissent.

Under FRAP 40(d) and Circuit rule 27-10(a)(2), any en banc or panel rehearing petition regarding the March 13, 2026 Opinion would be due by April 27, 2026 (45 days from March 13, 2026). However, due to the forthcoming dissent and amended opinion, AMRC and the Tribe move the Court to set a schedule that will accommodate the eventual timing of the amended opinion.

**Accordingly, AMRC and the Tribe respectfully move the Court to set the deadline for any petition for en banc or panel rehearing to be April 27, 2026, or 14 days after the Court's issuance of the amended opinion, whichever comes later.**

Counsel for the undersigned have contacted counsel for the Federal Defendants-Appellees and Resolution Copper, and they stated that although they do not oppose the setting of the deadline to be April 27, 2026 or 14 days after the issuance of the amended opinion, as requested, they stated that any en banc petition

must be filed by June 11, 2026, regardless of whether the amended opinion has been issued. AMRC and the Tribe believe that forcing the filing of en banc petition(s) without the benefit of the upcoming amended opinion substantially prejudices ARMC and the Tribe, as well as this Court's consideration of any such petition(s). Counsel for Gouyen Brown Lopez, et al. (in appeal No. 25-5197) does not oppose this Motion.

Respectfully submitted on March 26, 2026.

*/s/ Allison N. Henderson*
Allison N. Henderson
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 3024
Crested Butte, CO 81224
970-309-2008
ahenderson@biologicaldiversity.org

Marc D. Fink
CENTER FOR BIOLOGICAL DIVERSITY
209 East 7th Street
Duluth, Minnesota 55805
218-464-0539
mfink@biologicaldiversity.org

Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349; 440 Main St., #2
Lyons, Colorado 80540
303-823-5738
wmap@igc.org

Attorneys for AMRC et al.

4

*/s/ Susan Montgomery*
Susan B. Montgomery
MONTGOMERY & INTERPRETER, PLC
3301 E. Thunderbird Rd.
Phoenix, AZ 85032
(480) 513-6825
smontgomery@milawaz.com
rinterpreter@milawaz.com

Attorney for the Inter Tribal Association of Arizona, Inc.

*/s/ Alexander B. Ritchie (with permission)*
Alexander B. Ritchie
Justine Jimmie
Laurel Herrmann
Jana Sutton
Bernardo M. Velasco

San Carlos Apache Tribe
Office of the Attorney General
P.O. Box 40
San Carlos, Arizona 85550
(928) 475-3344
Alex.ritchie@scat-nsn.gov
Justine.jimmie@scat-nsn.gov
Laurel.herrmann@scat-nsn.gov
Jana.sutton@scat-nsn.gov
Bern.velasco@scat-nsn.gov

Joe P. Sparks
The Sparks Law Firm, P.C.
7503 E. First Street
Scottsdale, AZ 85251
(480) 494-1339
joesparks@sparkslawaz.com

Attorneys for the San Carlos Apache Tribe

5

CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Fed. R. App. P. 27(d) and Ninth Circuit Rules 27-1(1)(d) and 32-3(2) because it has 306 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

*/s/ Allison N. Henderson*
Allison N. Henderson
Attorney for Appellants

CERTIFICATE OF SERVICE

I certify that on March 26, 2026, I electronically filed the foregoing, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which caused all parties through counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing.

*/s/ Allison N. Henderson*
Allison N. Henderson
Attorney for Appellants