UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARIZONA MINING REFORM COALITION; et al., <br><br>      Plaintiffs - Appellants, <br><br>   v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br>      Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br>      Intervenor-Defendant - Appellee. | No. 25-5185 <br><br> D.C. No. 2:21-cv-00122-DWL District of Arizona, Phoenix <br><br> ORDER |
| SAN CARLOS APACHE TRIBE, a federally recognized Tribe, <br><br>      Plaintiff - Appellant, <br><br>   v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br>      Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br>      Intervenor-Defendant - | No. 25-5189 <br> D.C. No. 2:21-cv-00068-DWL District of Arizona, Phoenix |

Appellee.

GOUYEN BROWN LOPEZ; et al.,

       Plaintiffs - Appellants,

  v.

UNITED STATES OF AMERICA; et al.,

       Defendants - Appellees,

RESOLUTION COPPER MINING, LLC,

       Intervenor-Defendant -
Appellee.

No. 25-5197
D.C. No.
2:25-cv-02758-DWL
District of Arizona,
Phoenix

Before: RAWLINSON, M. SMITH, and BRESS, Circuit Judges.

Defendants-Appellees and Intervenor-Defendant-Appellee are directed to file a response to each of the petitions for rehearing en banc (Dkts. 177, 178). Each response shall be filed within 21 days of the date of this order and shall not exceed fifteen pages or 4,200 words. 9th Cir. R. 40-1(b).

25-5185