UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARIZONA MINING REFORM COALITION; et al., | No. 25-5185 |
| Plaintiffs - Appellants, | D.C. No. 2:21-cv-00122-DWL District of Arizona, Phoenix |
| v. | |
| UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., | ORDER |
| Defendants - Appellees, | |
| RESOLUTION COPPER MINING, LLC, | |
| Intervenor-Defendant - Appellee. | |

| | |
|---|---|
| SAN CARLOS APACHE TRIBE, a federally recognized Tribe, | No. 25-5189 D.C. No. 2:21-cv-00068-DWL District of Arizona, Phoenix |
| Plaintiff - Appellant, | |
| v. | |
| UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., | |
| Defendants - Appellees, | |
| RESOLUTION COPPER MINING, LLC, | |
| Intervenor-Defendant - | |

Appellee.

| | |
|---|---|
| GOUYEN BROWN LOPEZ; et al.,<br><br>      Plaintiffs - Appellants,<br><br>  v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>      Defendants - Appellees,<br><br>RESOLUTION COPPER MINING, LLC,<br><br>      Intervenor-Defendant -<br>Appellee. | No. 25-5197<br>D.C. No.<br>2:25-cv-02758-DWL<br>District of Arizona,<br>Phoenix |

Before: RAWLINSON, M. SMITH, and BRESS, Circuit Judges.

The motions at Dkts. 221 and 223 to extend time and file consolidated briefs are GRANTED. Defendants-Appellees and Intervenor-Defendant-Appellee shall each file consolidated responses of no more than 10,000 words to the petitions for rehearing en banc. The deadline for filing the consolidated responses is extended to July 3, 2026.